| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MATTHEW STEELE §
and LESLIE STEELE, §
§
      Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:06-CV-633
§
ALLSTATE TEXAS LLOYD'S §
INSURANCE COMPANY and §
ALLEN HOLMAN, §
§
      Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 13, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement and grant the motion to dismiss.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 8th day of March, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE